UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
In re:                                                           :
                                                                 : Chapter 11
SPA CHAKRA, INC., *et al.*,                                      :
                                                                 : Case No. 09-17260 (SMB)
                                                                 :
                                              Debtors.           :
---------------------------------------------------------------- X
SPA CHAKRA FIFTH AVENUE, LLC,                                    :
                                                                 :
                                              Plaintiff,         :
                                                                 :
v.                                                               : Adv. Pro. No. 11- 01251 (SMB)
                                                                 :
CORNELIA FIFTH AVENUE LLC, CORNELIA                              :
ESSENTIALS, LLC, CORNELIA INTERNATIONAL                          :
LLC, SAMSON SPAS, LLC, GVK LIMITED                               :
PARTNERS, KOLBER PROPERTIES, LLC,                                :
GEORGE KOLBER, TERBELL PARTNERS, LTD.,                           :
HARRIETTE A. TERBELL, JOHN DOES 1-10,                            :
AND MARY ROES 1-10, *et al.*,                                    :
                                                                 :
                                              Defendants.        :
---------------------------------------------------------------- X

## CERTIFICATION OF SERVICE

I, Jonathan S. Bodner, an associate with Neiger LLP, hereby certify that on May 25, 2011, I caused to be served via First class mail and Electronic case filing a copy of the complaint in the above captioned matter upon:

| | |
|---|---|
| Cornelia Fifth Avenue LLC<br>Attn: Richard Aidekman<br>80 State Street<br>Albany, NY 12207 | Cornelia Essentials, LLC<br>Attn: Richard Aidekman<br>80 State Street<br>Albany, NY 12207 |
| Cornelia International LLC<br>Attn: Richard Aidekman<br>80 State Street<br>Albany, NY 12207 | Samson Spas, LLC<br>Attn: Richard Aidekman<br>80 State Street<br>Albany, NY 12207 |
| GVK Limited Partners<br>Attn: George Kolber<br>884 Naveskink River Road<br>Locust, NJ 07760 | Kolber Properties, LLC<br>Attn: George Kolber<br>884 Naveskink River Road<br>Locust, NJ 07760 |

George Kolber
884 Naveskink River Road
Locust, NJ 07760

Harriette A. Terbell
401 Green Farms Road
Westport, CT 06880

Terbell Partners, LTD.
Attn: Harriette A. Terbell
401 Green Farms Road
Westport, CT 06880

/s/ Jonathan S. Bodner
Jonathan S. Bodner, Esq.

Dated: May 25, 2011