

**RE: 11-2151ORDER SCHEDULING ORAL ARGUMENT ON MOTION FOR SANCTIONS**

JONATHAN BODNER  to: 'Chantel_Greene@nysb.uscourts.gov'   01/17/2013 03:43 PM
Cc: "'eneiger@askllp.com'", "'rburnside@greenbergdauber.com'", "JEFFREY A. WURST"

Chantel:

Good afternoon, and thank you for the copy of the Court's Order.

The Order indicates that it is sent to the movant, respondent, and me.

It is my understanding that I am not a party to these proceedings.  The affidavit submitted by me was in my capacity as a former associate and employee of Neiger LLP, and to state my observation in that capacity.

Please advise whether the Court requires anything further from me.

Thank you.

Respectfully submitted.

/s/ Jonathan Bodner



-----Original Message-----
From: Chantel_Greene@nysb.uscourts.gov [mailto:Chantel_Greene@nysb.uscourts.gov]
Sent: Thursday, January 17, 2013 3:03 PM
To: eneiger@askllp.com; JONATHAN BODNER; rburnside@greenbergdauber.com
Subject: 11-2151ORDER SCHEDULING ORAL ARGUMENT ON MOTION FOR SANCTIONS


Good Afternoon,

Attached please find an Order Scheduling Oral Argument On Motion For Sanctions.

(See attached file: 11-2151 Scheduling.pdf)

Chantel Greene
Courtroom Deputy to the Honorable Stuart M. Bernstein US Bankruptcy Court for the Southern District of NY One Bowling Green New York, New York 10004
212-668-2870 ext: 4026